Submitted on record and briefs May 4, conviction affirmed; remanded for
resentencing June 3, 1992

STATE OF OREGON,
*Respondent,*

*v.*

EARL GORDON ELLIS,
*Appellant.*

(DA 430319-9009; CA A69157)

830 P2d 637

David E. Groom, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, Jonathan H. Fussner, Assistant Attorney General, and James H. Juliussen, Certified Law Student, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for menacing, a misdemeanor. ORS 163.190. He contends that the court erred by admitting certain evidence and by imposing a jail sentence as a condition of probation. The court did not err by admitting the challenged testimony; we address only the sentence.

The court imposed two years' probation to the court and 60 days in jail as a condition of probation. The prosecutor informed the court that, under *former* ORS 137.540(2) and *State v. Wold*, 105 Or App 158, 803 P2d 782 (1991), it could not impose a jail term as a condition of probation.[1] The court concluded that, if it did not impose formal probation, it could impose a jail term. The state concedes, and we accept the concession, that *Wold* applies to informal probation as well as to formal probation and that the sentence was unlawful.

Conviction affirmed; remanded for resentencing.

---

[1] After the sentencing here, ORS 137.540(2) was amended. 1991 Or Laws, ch 196.